**Janice WRIGHT, Plaintiff—Appellant,**

v.

**ARLINGTON COUNTY, VIRGINIA,
Defendant—Appellee,**

and

**Arlington Department Of Parks,
Recreation, & Community
Resources, Defendant.**

No. 04–1213.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 15, 2004.

Decided: July 20, 2004.

Janice Wright, Appellant pro se.

Stephen Alexander MacIsaac, James Edward Fagan, III, Office of the County Attorney, Arlington, Virginia, for Appellee.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Janice Wright appeals the district court's order dismissing on summary judgment her claims of gender discrimination and a hostile work environment pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e to 2000e–17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Wright v. Arlington County,* No. CA–03–577 (E.D.Va. Jan. 16, 2004). We also deny Wright's motions to vacate the district court's order and to supplement the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*